146 A.3d 465

**ANDERSON, Daniel W.**

v.

**STATE of Maryland**

**Pet. Docket No. 230, Sept. Term, 2016**

Court of Appeals of Maryland.

September 29, 2016

Opinion of the Court of Special Appeals unreported (No. 2354, Sept. Term, 2014).

Petition for writ of certiorari denied.

■

146 A.3d 465

**ATKINSON**

v.

**ANNE ARUNDEL CO.**

**No. 241, Sept. Term, 2016**

Court of Appeals of Maryland.

September 29, 2016

Pending in the Court of Special Appeals (No. 788, Sept. Term, 2016).

Petition for writ of certiorari and conditional cross-petition both denied.